Benny HUGHES *v.* STATE of Arkansas

RC 90-3                                        782 S.W.2d 585

Supreme Court of Arkansas
Opinion delivered January 29, 1990

*Dale Grady* and *William F. Magee*, for appellant.

No response.

PER CURIAM. Petitioner Benny Hughes, by his attorneys, has filed a motion for a rule on the clerk. His attorneys, Dale Grady and William F. Magee, have by affidavit admitted it was their fault that the record was not timely tendered.

We find that the error, admittedly made by the criminal defendant's attorneys, is good cause to grant the motion for a rule on the clerk.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.